UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAWRENCE CRAWFORD ASSOCIATION FOR EXCEPTIONAL CITIZENS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONVERSOURCE, INC. and PHOENIX LEASING SYSTEMS, INC., <br><br> Defendants, | Case No. 04-cv-4130-JPG |
| CONVERSOURCE, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> CORETECH, INC., <br><br> Third-Party Defendant, | |
| PHOENIX LEASING SYSTEMS, INC., <br><br> Third -Party Plaintiff, <br><br> v. <br><br> US BANCORP MANIFEST FUNDING SERVICES, <br><br> Third-Party Defendant. | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Stipulation of Dismissal (Doc. 84) filed by third-party plaintiff Conversource, Inc., which the Court construes as a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) of its claims against third-party defendant Coretech, Inc. Rule 41(a)(2) provides that only the Court may

dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case from all the parties.  The Court **GRANTS** the motion (Doc. 84), **DISMISSES without prejudice** the third-party claims against Coretech, Inc., and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.  Third-party defendant Coretech, Inc. is terminated as a party in this case.

The Court further notes that the remaining parties have filed consent forms authorizing a full-time United States Magistrate Judge to conduct all proceedings herein.  The Court therefore **ORDERS** that this case be referred to United States Magistrate Judge Philip M. Frazier to conduct further proceedings and to enter judgment in accordance with the foregoing consents.  Nothing shall be deemed to preclude any duly appointed and qualified District Judge of this Court from conducting any and all proceedings, including trial of the above-designated case.

**IT IS SO ORDERED.**
**DATED:  July 24, 2007**

            s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**